STATE OF NEW JERSEY v. WILLIAM BOLAND.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY SCHICCHI.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. KEITH JONES.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. ROY SLADE.

March 21, 1989.

Petition for certification denied.

STATE OF NEW JERSEY v. BORIS YOUNG.

March 21, 1989.

Petition for certification denied.